# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE LORENZO JACKSON,<br><br>Defendant. | Case No.: 18cr4055 JM<br><br>JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE & RECALLING ARREST WARRANT |

IT IS HEREBY ORDERED:

Upon good cause shown, the Indictment (ECF #1) returned on September 14, 2018 against Defendant ANDRE LORENZO JACKSON is hereby dismissed without prejudice, and the arrest warrant issued on September 14, 2018 (ECF #2) is recalled.

IT IS SO ORDERED.

DATED: November 5, 2020

HON. JEFFREY T. MILLER
United States District Judge